UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID RAMIREZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>MILITARY ADVANTAGE, INC. d/b/a MILITARY.COM,<br><br>                Defendant. | Case No. 1:22-cv-10892-WBY<br><br>Hon. William B. Young |

**JOINT STATEMENT CONTAINING PROPOSED PRETRIAL SCHEDULE**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(d), counsel for Plaintiff David Ramirez ("Plaintiff"), and counsel for Defendant, Military Advantage, Inc. d/b/a Military.com ("Defendant") have conferred and hereby submit the following joint statement to the Court.

The Parties will also exchange initial disclosures under Rule 26(a)(1) on or before March 3, 2023.

The Parties have agreed to submit this matter to private mediation within the next 45-60 days and are in the process of scheduling the same. The Parties will update the Court once they have selected a mediator and a date. In order to preserve the status quo and the Parties' resources, the Parties jointly request that the Court extend all deadlines by 60 days to allow them to focus their efforts exclusively on potential resolution at this time. The Parties will submit a joint status report within five days of the mediation to update the Court on the status of their negotiations, including whether a new discovery schedule should be set.

Dated: February 13, 2023                                    Respectfully Submitted,

By: /s/ *Philip L. Fraietta*
         Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*Pro Hac Vice*)
Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: jarisohn@bursor.com
Email: pfraietta@bursor.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Gary M. Klinger (*Pro Hac Vice*)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email: gklinger@bursor.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Randi Kassan (BBO# 568656)
100 Garden City Plaza
Garden City, NY 11530
Tel: (212) 594-5300
Email: rkassan@milberg.com

*Attorneys for Plaintiff*

Dated: February 13, 2023                                    Respectfully submitted,

By: /s/ *Kristine R. Argentine*
         Kristine R. Argentine

**SEYFARTH SHAW LLP**
Kristine R. Argentine (*Pro Hac Vice*)
Clarie C. Kossman (*Pro Hac Vice*)
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Tel: (312) 460-5000
Fax: (312) 460-7000
Email: kargentine@seyfarth.com
              ckossman@seyfarth.com

**SEYFARTH SHAW LLP**
Barry J. Miller (BBO# 661596)
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210

Email: bmiller@seyfarth.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Philip L. Fraietta, hereby certify that on February 13, 2023, a true and accurate copy of the foregoing document was filed electronically with the clerk of court via CM/ECF, which will then send a notification of such filing to all counsel of record and those who have registered for notice.

*/s/ Philip L. Fraietta*
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com